# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

PAUL ERDEK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1142

———————————————

May 24, 2024

Appeal from the County Court for Sarasota County; Phyllis R. Galen, Judge.

Paul Michael Erdek, pro se.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.